UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERRY KLEIN derivatively on behalf of PATRIOT COAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP, INC. and PATRIOT COAL CORPORATION,<br><br>Defendants. | **NOTICE OF<br>VOLUNTARY DISMISSAL**<br><br><br>Civil Action No. 11 CIV 6853(LBS) |

PLEASE TAKE NOTICE that pursuant to Fed R. Civ. P. 41 (a)(i), plaintiff Terry Klein hereby dismisses this action.

New York, New York
January 30, 2012

BRAGAR WEXLER EAGEL
& SQUIRE, P.C.

By: _____
Paul D. Wexler (PW 9340)

885 Third Avenue
New York, New York 10022
(212) 308-5858

OSTRAGER CHONG FLAHERTY
& BROITMAN P.C.

570 Lexington Avenue
New York, New York 10022

Attorneys for Plaintiff